# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DARREL LORNE HARRIS,

    Petitioner,

v.

RON HAYNES,

    Respondent.

Case No. C20-06167-JCC-MAT

ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE STATE COURT RECORD

This is a 28 U.S.C. § 2254 habeas action. Respondent has filed an Answer to the Petition and portions of the state court record. The Court has reviewed the state court decisions as well as the portions of the state court record Respondent submitted. The Court notes that the declaration of Bob Powers discussed by the state Court of Appeals (Dkt. 7-1, Ex. 13) as well as the jury instructions discussed by the state Court of Appeals (Dkt. 7-1, Ex. 2, at 40, n. 3, 4) do not appear to have been included in the state court record submitted to the Court. *See* Dkt. 7.

Accordingly, the Court orders the following:

1) On or before **July 12, 2021**, Respondent is directed to submit the portions of the state court record identified above.

2) No additional briefing is required or should be submitted at this time.

3) The Petition is re-noted to **July 12, 2021**.

4) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 28th day of June, 2021.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge