UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

                Petitioner,

   v.

RON HAYNES,

               Respondent.

Case No. C20-06167-JCC-MAT

ORDER GRANTING MOTION TO CONTINUE DUE DATE, DIRECTING REPLY, AND RE-NOTING PETITION

      This is a 28 U.S.C. § 2254 habeas action. Respondent has filed an Answer to the Petition and portions of the state court record. Petitioner did not file a timely response to the Answer. Upon reviewing the state court decisions and the portions of the state court record submitted by Respondent the Court discovered that certain portions of the state Court record discussed in the relevant state court decisions did not appear to have been included in the state court record submitted to the Court. On June 28, 2021, the Court directed Respondent to supplement the state court record. Respondent subsequently filed the requested supplement to the state court record.

      On July 8, 2021, Petitioner's counsel filed a "Motion to Continue Due Date for Response to Respondent's Answer" along with a response to the Answer. Dkts. 13, 15. Petitioner's counsel indicates that at the time the Answer was served he was experiencing health issues and

preparing for an upcoming coronary procedure and failed to calendar the due date for the response. Dkt. 13. Respondent does not oppose Petitioner's motion. Dkt. 16.

Accordingly, the Court orders the following:

1) Petitioner's "Motion to Continue Due Date for Response to Respondent's Answer", Dkt.13, is **GRANTED**. The Court will consider Petitioner's response to Respondent's Answer.

2) The Clerk is directed to re-note the Petition for consideration to **August 6, 2021**.

3) The Court expects Respondents to file a reply addressing all arguments raised in Petitioner's response by **August 6, 2021**.

4) The Clerk is directed to send copies of this order to the parties and to the Honorable John C. Coughenour.

Dated this 20th day of July, 2021.

*[signature: Kate Vaughan]*

S. KATE VAUGHAN
United States Magistrate Judge