THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARREL LORNE HARRIS,

     Petitioner,

  v.

RON HAYNES,

     Respondent.

CASE NO. C20-6167-JCC

ORDER

  This matter comes before the Court on Petitioner Darrel Harris's motion for leave to appeal *in forma pauperis* ("IFP"), referred to this Court. (Dkt. No. 25.) For the reasons described below, the Court hereby DENIES Petitioner's motion.

  Petitioner filed a habeas petition seeking relief under 28 U.S.C. § 2254 from a 2015 Pierce County Superior Court judgment and sentence. (*See* Dkt. No. 1.) He was found guilty by jury trial for indecent liberties, rape of a child, and first-degree child molestation. (Dkt. No. 19 at 2, 6.) The Honorable S. Kate Vaughan, United States Magistrate Judge, issued an exhaustive Report and Recommendation ("R&R") (Dkt. No. 19) recommending that this Court deny the petition. (*Id.*) Petitioner objected. (Dkt. No. 20.). This Court overruled his objections, adopted the R&R, dismissed the petition with prejudice, and denied issuance of a certificate of appealability ("COA"). (Dkt. Nos. 22, 23; *see also* 28 U.S.C. § 2253(c)(3) (a COA may issue only upon a "substantial showing of the denial of a constitutional right").) However, Petitioner

still filed a notice of appeal to the Ninth Circuit (Dkt. No. 24) and this motion for leave to appeal IFP (Dkt. No. 25.)

Because this Court denied issuance of a COA, and Petitioner has not demonstrated any error by the Court in so doing, Petitioner's motion for leave to appeal IFP (Dkt. No. 25.) is also DENIED.

DATED this 14th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE